SOPHIE EDINE and JOSEPH EDINE, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Action to recover damages for personal injuries sustained by plaintiff wife when she tripped and fell on an alleged defective step on a subway stairway, and by her husband to recover for medical expenses and loss of

services. Judgment reversed on the law and a new trial granted, with costs to appellant to abide the event. It was error for the court to charge that it was the duty of the defendant " to use its utmost skill and vigilance to guard against the possibility of accidents from the condition or defective condition of its road, stairways and platforms * * *." Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.